**EXHIBIT 1**

| | | EXHIBIT A | | |
|---|---|---|---|---|
| No. | Photo Description/PHOTO TITLE /CAPTION | IMAGE | LOCATION | TYPE OF WRONGFUL USE |
| 1 | Forever Female collage | | Instagram | · contains lyrics from "break up with your girlfriend, i'm bored" |
| 2 | When the plans are cancelled but you didn't want to go anyway MEME | | Instagram | · depicts Ariana Grande<br>· contains Ariana Grande Trademark |
| 3 | Photo of Ariana Grande; Caption: Alright bb's, drop your fave song off ariana's new album below! @sarashakeel #LifewithF21 | | Instagram | · depicts Ariana Grande<br>· contains "Ariana" Trademark in caption |
| 4 | Model with puffy ears holding hair | | Instagram | · depicts look-alike model |

| No. | Photo Description/PHOTO TITLE /CAPTION | IMAGE | LOCATION | TYPE OF WRONGFUL USE |
|---|---|---|---|---|
| 5 | Buy matching diamonds for 6 of my ... Follow our stories later today as we pick out some of our favorite looks from this iconic video @victoriamonet #lifeWithF21 | Posted on 02/05/19, 9:27am | Instagram | · depicts Ariana Grande<br>· contains lyrics from "7 Rings"<br>· depicts copyrighted image from "7 Rings" music video |
| 6 | Best Caption gets a follow back. Go! @arianagrande #LifeWithF21 | Posted on 01/25/19, 8:00am | Instagram | · depicts Ariana Grande<br>· contains Ariana Grande Trademark<br>· depicts copyrighted image from "7 Rings" music video |
| 7 | I see It, I Like It, I want it, I check the Price, I put it back/ Caption: I feel attacked @squaresayings #LifeWithF21 | Posted on 02/09/19, 12:49pm | Instagram | · image contains lyrics from "7 Rings" |
| 8 | Caption: How you & your girls gather around a phone after takin a group pic. @arianagrande #LifeWithF21 | Posted on 01/16/19, 2:00pm | Instagram | · depicts Ariana Grande<br>· contains Ariana Grande Trademark<br>· depicts copyrighted image from "7 Rings" music video |
| 9 | Caption: Friday function vibe, Tag your squad @arianagrande #LifeWith21 | Posted on 11/30/18, 9:01am | Instagram | · depicts Ariana Grande<br>· contains Ariana Grande Trademark<br>· depicts copyrighted image from "thank u, next" music video |

| No. | Photo Description/PHOTO TITLE /CAPTION | IMAGE | LOCATION | TYPE OF WRONGFUL USE |
|---|---|---|---|---|
| 10 | Caption: Gee thanks, just bought it! Shop our favorite trend atm ! (shop link in bio) | Posted on 02/08/19, 10:46am | Instagram | · depicts look-alike model<br>· caption contains lyrics from "7 Rings" |
| 11 | Video clip of "thank u, next." Caption: thank you, next szn #LifeWithF21 | Posted on 11/30/18, 6:51pm | Instagram | · depicts Ariana Grande<br>· depicts copyrighted video clip of "thank u, next" music video<br>· caption contains lyrics from "thank u, next"<br>· contains Thank U, Next Trademark |
| 12 | Video clip with meme stating: Bank account: -107, also me: /Caption I want it, I got it! #LifeWith F21 | Posted on 01/22/19, 7:43pm | Instagram | · depicts Ariana Grande<br>· video clip of "7 Rings"<br>· caption contains lyrics from "7 Rings"<br>· depicts copyrighted image from "7 Rings" music video |
| 13 | You Want it, we got it. We're all about the bright neons + bright metallics. Shop this trend now. | | Instagram | · depicts look-alike model |
| 14 | Girls Night Out Anyone | Posted on 02/07/19, 4:32pm | Instagram | · depicts Ariana Grande<br>· depicts copyrighted image from "7 Rings" music video |

| No. | Photo Description/PHOTO TITLE /CAPTION | IMAGE | LOCATION | TYPE OF WRONGFUL USE |
|---|---|---|---|---|
| 15 | Tag your squad for the night | | Instagram | · depicts Ariana Grande<br>· depicts copyrighted image from "7 Rings" music video |
| 16 | Photos of Ariana Grande | | Instagram | · depicts Ariana Grande |
| 17 | Swipe Up to Shop | | Instagram | · depicts look-alike model |
| 18 | Swipe Up to Shop | | Instagram | · depicts look-alike model |

26

| No. | Photo Description/PHOTO TITLE /CAPTION | IMAGE | LOCATION | TYPE OF WRONGFUL USE |
|---|---|---|---|---|
| 19 | Model photo | | Instagram | · depicts look-alike model |
| 20 | Swipe up to Shop /Model Photo | | | · depicts look-alike model |
| 21 | Model photo | | Instagram | · depicts look-alike model |

| No. | Photo Description/PHOTO TITLE /CAPTION | IMAGE | LOCATION | TYPE OF WRONGFUL USE |
|---|---|---|---|---|
| 22 | Swipe Up to Shop | | Instagram | · depicts look-alike model |
| 23 | to Shop the trend | | Instagram | · depicts look-alike model |
| 24 | Promo in the Bag | | Forever 21.com (Desktop and Mobile) | · depicts look-alike model |
| 25 | Promo in the Bag | | Forever 21 App | · depicts look-alike model |

28

| No. | Photo Description/PHOTO TITLE /CAPTION | IMAGE | LOCATION | TYPE OF WRONGFUL USE |
|---|---|---|---|---|
| 26 | Promo in the Bag | | Email Distribution | · depicts look-alike model |
| 27 | Ariana Grande's image | | Riley Rose Instagram | · depicts Ariana Grande<br>· depicts copyrighted image from "7 Rings" music video |
| 28 | Ariana Grande's image as meme/bank account: $107 /also me: | | Riley Rose Instagram | · depicts Ariana Grande<br>· depicts copyrighted image from "7 Rings" music video |

| No. | Photo Description/PHOTO TITLE /CAPTION | IMAGE | LOCATION | TYPE OF WRONGFUL USE |
|---|---|---|---|---|
| 29 | Caption: How you & your girls gather around a phone after takin a group pic. @arianagrande #LifeWithF21 | | Riley Rose Instagram | · depicts Ariana Grande<br>· contains Ariana Grande Trademark<br>· depicts copyrighted image from "7 Rings" music video |
| 30 | thank you, next szn | | Riley Rose Instagram | · depicts Ariana Grande<br>· depicts copyrighted video clip of "thank u, next"<br>· caption contains lyrics from "thank u, next"<br>· contains Thank U, Next Trademark |

30